**Rezi P. FORSHEY, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 99–7064.**

United States Court of Appeals, Federal Circuit.

July 16, 2001.

Kenneth M. Carpenter, Carpenter, Chartered, of Topeka, Kansas, for claimant-appellant.

Virginia M. Lum, Attorney, Commercial Litigation Branch, Civil Division, Department of Justice, of Washington, DC, for respondent-appellee. With her on the brief were David M. Cohen, Director; and Bryant G. Snee, Assistant Director. Of counsel on the brief were Donald E. Zeglin, Deputy Assistant General Counsel, and David J. Barrans, Staff Attorney, Department of Veterans Affairs, of Washington, DC.

Michael P. Horan, Paralyzed Veterans of America, of Washington, DC, for amicus curiae Paralyzed Veterans of America. With him on the brief was Linda E. Blauhut.

Robert V. Chisholm, Chisholm Chisholm & Kilpatrick LLP, of Providence, Rhode Island, for amicus curiae National Organization of Veterans' Advocates.

Stephen B. Kinnaird, Sidley & Austin, of Washington, DC, for amicus curiae Nation-

al Veterans Legal Services Program. With him on the brief were Ronald S. Flagg, and Heather M. Walloch. Of counsel on the brief was Barton F. Stichman, National Veterans Legal Services Project, of Washington, DC.

Before MAYER, Chief Judge, PAULINE NEWMAN, MICHEL, LOURIE, CLEVENGER, RADER, SCHALL, BRYSON, GAJARSA, LINN, and DYK, Circuit Judges.

## ORDER

IT IS ORDERED THAT:

(1) This appeal is scheduled for oral argument on Wednesday, October 3, 2001, at 2 p.m. in Courtroom 201.

(2) Counsel for each side shall have 30 minutes to argue their case.

(3) Counsel shall provide the clerk with the names of the arguing attorneys no later than September 10, 2001.